```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| HERBERT W. BROWN III, et al.,<br><br>      Plaintiffs<br><br>        v.<br><br>COLEGIO DE ABOGADOS DE PUERTO RICO,<br><br>      Defendant | CIVIL NO. 06-1645 (JP) |

## **FINAL JUDGMENT**

For the reasons stated in its Opinion and Order entered this same date, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFFS** to have and recover from Defendant Colegio de Abogados de Puerto Rico the amount of their annual dues allocated by Defendant toward the compulsory group life insurance program from October 9, 2002, until the present; plus interest, costs, and attorneys' fees.

This Court hereby enters a permanent injunction as follows: Defendant Colegio de Abogados de Puerto Rico is hereby prohibited from collecting from its members that portion of their future annual dues attributable to the Colegio's mandatory group life insurance program. Failure to comply with this Judgment will result in an immediate reimbursement of the funds allocated for compulsory group life insurance, or an Order of Execution against the property and assets of the Colegio.

CIVIL NO. 06-1645 (JP)          -2-

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of September, 2008.

                                        s/Jaime Pieras, Jr.
                                          JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE