IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HERBERT W. BROWN III, et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>COLEGIO DE ABOGADOS DE PUERTO RICO,<br><br>    Defendant | CIVIL NO. 06-1645 (JP) |

**AMENDED FINAL JUDGMENT**

For the reasons stated in its Opinion and Order of September 26, 2008, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFFS** to have and recover from Defendant Colegio de Abogados de Puerto Rico the amount of **FOUR MILLION ONE HUNDRED FIFTY SIX THOUSAND NINE HUNDRED EIGHTY EIGHT DOLLARS AND SEVENTY CENTS ($4,156,988.70);** plus interest, costs, and attorneys' fees.

This Court hereby enters a permanent injunction as follows: Defendant Colegio de Abogados de Puerto Rico is hereby prohibited from collecting from its members that portion of their future annual dues attributable to the Colegio's mandatory group life insurance program. Failure to comply with this Judgment will result in an immediate reimbursement of the funds allocated for compulsory group life insurance, or an Order of Execution against the property and assets of the Colegio.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of April, 2009.

                                            s/Jaime Pieras, Jr.
                                            JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE