-----Original Message-----
**From:** Colegio de Abogados de Puerto Rico [mailto:abogados@capr.org]
**Sent:** Wednesday, November 17, 2010 3:27 PM
**To:** Notificaciones
**Subject:** Carta a la Matricula sobre Caso Herbert Brown vs CAPR

# *Colegio de Abogados de Puerto Rico*



*Ledo. Osvaldo Toledo Martínez*
*Presidente*

# AVISO

Compañero abogado, Compañera abogada:

El pasado 12 de noviembre, el Tribunal Federal emitió una orden en el caso Herbert W. Brown III v. Colegio de Abogados (#06-1645) en la que se le prohíbe al Colegio de Abogados de Puerto Rico comunicarse con sus integrantes colegiados y con los abogados y abogadas no colegiados sobre asuntos relativos a dicho caso.

Como Presidente del Colegio, te acompaño copia de la aludida orden para que la puedas evaluar al mismo tiempo que te mantenemos informado/informada sobre los asuntos más importantes que te

11/17/2010

CARTA DE BIENVENIDA A LOS NUEVOS COLEGIADOS                                    Page 2 of 2

atañen.

Llamo a tu atención, además, al hecho de que el Tribunal Federal ha señalado una vista —a celebrarse el 10 de diciembre próximo, a las 9:30am— para considerar si se permite que la notificación para no pertenecer a la "clase", el "OPT-OUT", se pueda preparar también en español. Te recuerdo que los demandantes desean que se haga exclusivamente en el idioma inglés y que el "OPT-OUT" constituye, precisamente, el mecanismo mediante el cual podrás solicitar que se te saque de una "clase" en la cual te insertaron sin consultarte.

El planteamiento del Colegio es que el mencionado documento sea en inglés y en español, éste último nuestro idioma materno. Recuerda que no todos nuestros colegas, aunque son profesionales cabales, dominan el inglés. La comprensión adecuada de este tipo de documentos en estos casos es crucial.

Te mantendré al tanto de los adelantos en este caso.

Cordialmente,

*Osvaldo Toledo Martínez*
Presidente

Nota: Pulse **aquí** para ver orden

P.O. Box 9021900–San Juan, Puerto Rico  00902-1900 •Teléfono (787) 721-3358 •E-Mail prescapr@capr.org