IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HERBERT W. BROWN, III, et al.**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**COLEGIO DE ABOGADOS DE PUERTO RICO,**<br><br>      **Defendant** | **CIVIL NO:** 06-1645 (JP)<br><br>**CLASS ACTION** |

### MOTION REQUESTING ORDER APPROVING ATTORNEYS' FEES PURSUANT TO AWARD ORDERED BY COURT IN DOCKET 116

**TO THE HONORABLE COURT:**

**APPEAR NOW** the Class Plaintiffs (the "Classes" or "Plaintiffs"), through the undersigned legal representation, and very respectfully state and request as follows:

On March 3, 2009, this Honorable Court entered an Order in which it stated, in part, that: "Defendant **SHALL** pay attorneys' fees incurred by Plaintiffs in the preparation and filing of Plaintiffs' motions to compel (Nos. 110 and 112)." Docket No. 116 at page 2. Plaintiffs duly filed a "Motion in Compliance with Court's Order Submitting Attorney's Fees Pursuant to Docket No. 116" on April 16, 2009. Docket No. 128. The motion was supported with various statements in support of an attorneys' fees request. The Defendant opposed this motion on May 1, 2009 at Docket No. 135. To date, however, the Court has not issued an award pursuant to its Order.

Plaintiffs respectfully request that this Honorable Court enter an Order awarding the

requested attorneys' fees.

**WHEREFORE**, the Classes respectfully request that the Honorable Court approve the award of attorneys' fees as Ordered by this Honorable Court in Docket No. 116.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 23rd day of November, 2010.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I filed the preceding motion with the Court's CM/ECF system which will notify all counselors of record.

        **INDIANO & WILLIAMS, P.S.C.**
        207 del Parque Street; 3rd Floor
        San Juan, Puerto Rico  00912
        *Tel:* (787) 641-4545; *Fax:* (787) 641-4544

By:    s/ David C. Indiano
        **DAVID C. INDIANO**
        **USDC PR Bar No. 200601**
        david.indiano@indianowilliams.com

By:    s/ Seth A. Erbe
        **SETH A. ERBE**
        **USDC PR Bar No. 220807**
        seth.erbe@indianowilliams.com

        **LAW OFFICES OF**
        **ANDRES W. LOPEZ, P.S.C.**
        207 del Parque St., 3rd Floor
        San Juan, Puerto Rico 00912
        Tel (787) 641-4545; Fax (787) 641-4544

By:    s/ Andrés W. López
        **ANDRES W. LOPEZ**
        **USDCPR Bar. No. 215311**
        andreswlopez@yahoo.com