IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HERBERT W. BROWN III, et al.** | CIVIL NO. **06-1645 (JP)** |
| Plaintiffs | |
| v. | **NOTICE OF APPEAL** |
| **COLEGIO DE ABOGADOS DE PUERTO RICO** | |
| Defendant | |

**COLEGIO DE ABOGADOS DE PUERTO RICO'S
NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FISRT CIRCUIT**

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant, **COLEGIO DE ABOGADOS DE PUERTO RICO**, and, through its undersigned attorneys, hereby gives notice that it appeals to the United States Court of Appeals for the First Circuit from the Order entered on November 12, 2010, [Docket 202] in which the District Court, Senior Judge Jaime Pieras, among other things i) found that appearing defendant's property should continue to be held as security; ii) prohibited the alienation and/or encumbering of its real estate property; iii) unilaterally approved Rust Consulting as the company to provide class notice; iv) imposed upon appearing defendant the cost of providing class notice; and v) enjoined appearing defendant and its attorneys from engaging in any direct or indirect contact or communication with any class members regarding this litigation or the claims therein until notice and opt out procedures are completed without prior leave of Court.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 27th day of November, 2010.

**I HEREBY CERTIFY** that on this same date, in addition to furnishing the Clerk of the District Court with enough copies of the notice to enable compliance with

F.R.A.P. 3(d), an exact copy of the foregoing was filed using the CM/ECF system which will send notification of such filing to all attorneys of record.

          **VICENTE & CUEBAS**
          Attorney for Defendant-Appellant
          P.O. BOX 11609
          San Juan, P.R. 00910-1609
          Phone     (787) 751-8000
          Facsimile (787) 756-5250
          E-Mail hvicente@vc-law.net
          E-Mail ncordova@cordovamorales.com


          S/ HAROLD D. VICENTE-GONZÁLEZ
          HAROLD D. VICENTE-GONZÁLEZ
          USDC-PR   117711


          S/ NELSON N. CORDOVA-MORALES
          NELSON N. CORDOVA-MORALES
          USDC-PR   220111