IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HERBERT W. BROWN III et als.** <br><br> Plaintiffs <br><br> v. <br><br> **COLEGIO DE ABOGADOS DE PUERTO RICO** <br><br> Defendant | CIVIL NO. 06-1645 (JP) <br><br><br> **CLASS ACTION** |

## ELECTION TO OPT-OUT
## [ELECCIÓN DE RECHAZO DE CLASE]

I do not want to be part of the damages class in Brown v. Colegio de Abogados de Puerto Rico, CV 06-1645 (JP).

["No quiero ser parte de la Clase con Derecho a Resarcimiento en Brown v. Colegio de Abogados de Puerto Rico, CV 06-1645 (JP)."]

Signature [Firma]: _____

Name [Nombre]: _____

Address [Dirección]: _____

_____

_____

Tel.No.[Núm.Teléfono]: _____

### Please send to [Favor remitir a:]

**BROWN V. COLEGIO DE ABOGADOS ADMINISTRATOR**

**P.O. BOX 2439**

**FARIBAULT, MN 55021-9139**

Rev.2.1.11