

Jaime Torrens Davila <jtorrens@gmail.com>

# Fwd: Modelo para no estar en pleito de clase Herbert Brown III v. COLEGIO DE ABOGADOS

1 message

**Jaime Torrens Davila <jtorrens@coqui.net>**     Thu, Feb 3, 2011 at 4:47 PM
To: jtorrens@gmail.com

Jaime A. Torrens Dávila

----- Forwarded message from vanebadillo@gmail.com -----
  Date: Thu, 3 Feb 2011 10:48:32 -0400
  From: Vanessa Badillo <vanebadillo@gmail.com>
Reply-To: Vanessa Badillo <vanebadillo@gmail.com>
 Subject: Fwd: Modelo para no estar en pleito de clase Herbert Brown III v. COLEGIO DE ABOGADOS
   To: Jaime Torrens Davila <jtorrens@coqui.net>

Ja

Sent from my iPhone

Begin forwarded message:

> From: Luis Herrero <luis.s.herrero@gmail.com>
> Date: February 3, 2011 10:46:03 AM GMT-04:00
> Subject: Fwd: Modelo para no estar en pleito de clase Herbert Brown III v. COLEGIO DE ABOGADOS
>
> Compañeros y compañeras, adjunto modelo para salirse de la clase en el referido caso contra el Colegio de Abogados. Si no han recibido notificación por correo o aún si llenaron la primera forma que envió el Colegio hace unos meses, deben usar este modelo porque cambiaron las reglas del "opt out".
>
> Más info abajo.
>
> Saludos, LHA
>
>
> --- El jue, 2/3/11, Anna Maria <annie621@gmail.com> escribió:
>
> De: Anna Maria
> Asunto: Fwd: Modelo para no estar en pleito de clase Herbert Brown III v. COLEGIO DE ABOGADOS
> A:
> Fecha: jueves, 3 de febrero de 2011, 02:31 pm
>
> Saludos,
>
> Es importante que se distribuya este mensaje a la mayor cantidad de compañeros/as abogados/as posible. La fecha límite para hacer "opt-out" en el caso de Herbert Brown v. CAPR es el 26 de febrero. Aquellos/as que ya lo hayan

hecho tienen que volverlo a hacer y enviarlo a la nueva dirección ya que cambiaron las reglas del "opt-out".
>
> Este texto es una breve explicación de la situación tomado de otro colega abogado:
>
> "En el año 2006 un trío de abogados radicó un pleito DE CLASE (representando a todos los Colegiad@s) en la Corte Federal en el cual reclamaron que se prohibiera al Colegio de Abogados de Puerto Rico (CAPR) ofrecer un programa de Seguro de Vida incluido en la Cuota de Colegiacion y también reclamaron (en representacion de TODOS los colegiad@s) la devolución de los dineros utilizados para pagar las pólizas de seguro de vida desde el 2002 en adelante. En el 2008 la Corte Federal certificó el pleito como uno de clase (los tres abogados demandantes nos representan a todos los demás abogados colegiados) y dictó Sentencia sumaria contra el CAPR condenándole a pagar sobre 4 millones de dolares (!!!), costas, gastos y honorarios de abogado, ademas apercibió al CAPR que si no cumplía, se iniciaría ejecución inmediata de sus activos y propiedades. Oportunamente el Colegio apeló la decisión ante el Primer Circuito. El 23 de julio de 2010 el Primer Circuito confirmó a instancia, pero concedió más tarde en agosto una nueva vista ("en banc rehearing"). En su confirmación, el Tribunal Apelativo indicó que si los colegiados apoyaban el colegio, debían "opt out" de la Sentencia para que el monto (cómputo) de la Sentencia se redujera respectivamente. Todo parece indicar que se llevará el caso al Tribunal Supremo de EE.UU."
>
> Como indica el texto, los bienes del Colegio están en peligro de ser ejecutados así que es preciso tomar acción inmediata y solicitar opt-out lo antes posible. Adjunto está un formulario para hacerlo.
>
> Gracias.
>
>
>
> --
> La tirania, como la libertad, no tiene patria, como tampoco los explotadores, ni los trabajadores. Luisa Capetillo
>
>
>


----- End forwarded message -----


---------------------------------------------------------------
This message was sent using http://webmail.coqui.net

--
Attachments (Links will expire on August 31, 2011)
http://webmail.coqui.net/horde/imp/attachment.php?u=jtorrens%40coqui.net&t=1296753447&f=
http://webmail.coqui.net/horde/imp/attachment.php?u=jtorrens%40coqui.net&t=1296753447&f=ELECTION+TO+OPT-OUT.pdf
http://webmail.coqui.net/horde/imp/attachment.php?u=jtorrens%40coqui.net&t=1296753447&f=