**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **HERBERT W. BROWN III et als.** | CIVIL NO. **06-1645 (JP)** |
|    Plaintiffs | |
|    v. | **CLASS ACTION** |
| **COLEGIO DE ABOGADOS DE PUERTO RICO** | |
|    Defendant | |

ELECTION TO OPT-OUT
[ELECCIÓN DE RECHAZO DE CLASE]

I do not want to be part of the damages class in Brown v. Colegio de Abogados de Puerto Rico, CV 06-1645 (JP).

["No quiero ser parte de la Clase con Derecho a Resarcimiento en Brown v. Colegio de Abogados de Puerto Rico, CV 06-1645 (JP)."]

Signature [Firma]:_____

Name [Nombre]:_____

Address [Dirección]:_____

_____

_____

Tel.No.[Núm.Teléfono]:_____

**Please send to [Favor remitir a:]**

**BROWN V.COLEGIO DE ABOGADOS ADMINISTRATOR**

**P.O. BOX 2439**

**FARIBAULT, MN 55021-9139**

Rev.2.1.11

```
ERROR: syntaxerror
OFFENDING COMMAND: --nostringval--

STACK:

/Title
()
/Subject
(D:20110201152626-04'00')
/ModDate
()
/Keywords
(PDFCreator Version 0.9.5)
/Creator
(D:20110201152626-04'00')
/CreationDate
(vanessa.sanchez)
/Author
-mark-
```