# UNITED STATES DISTRICT COURT

### FOR THE    DISTRICT OF    PUERTO RICO

HERBERT W. BROWN III, ET. AL.

**EXHIBIT LIST**

## V.

COLEGIO DE ABOGADOS DE P.R.        CV. NO. 06-1645 (JP/JAF)

| PRESIDING JUDGE | | PLAINTIFFS' ATTORNEYS | | DEFENDANTS' ATTORNEYS |
|---|---|---|---|---|
| JOSE A. FUSTE | | ANDRES W, LOPEZ<br>DAVID C. INDIANO<br>SETH ERBE | | HAROLD D. VICENTE.<br>NELSON N. CORDOVA |

| HEARING ON MOTION | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 02/8/2011 | AMY WALKER | BECKY AGOSTINI |

| Plaintiffs' NO. | DEF NO. | DATE OFFERED | MARKED ID | ADMITTED EXH. | DESCRIPTION OF EXHIBITS' |
|---|---|---|---|---|---|
| | | | | | **PLAINTIFFS' EXHIBITS** |
| 1 | | 2/8/11 | | 1 | Letter from Colegio de Abogados dated 2/7/2011, Re: Attorneys Notification. |
| 2 | | 2/8/11 | | 2 | Herbert W. Brown Case Summary |
| 3 | | 2/8/11 | | 3 | CD - Radio Program "Fuego Cruzado". |
| 4 | | 2/8/11 | | 4 | *Email sent by Colegio De Abogados to their bar members, 2/5/2011.* |
| 5 | | 2/8/11 | | 5 | GMAIL, Re: "Pleito de Clase" from Luis A. Russi to Bar Members, 2/6/2011. |
| 6 | | 2/8/11 | | *6* | Election to Opt-Out Form. |
| 7 | | 2/8/11 | | 7 | Gmail - Re: "Modelo Para no Estar en Pleito de Clase Herbert Brown III Vs. Colegio de Abogados. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Plaintiffs' NO. | DEF NO. | DATE OFFERED | MARKED ID | ADMITTED EXH. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | COURT'S EXHIBITS | |
| 1 | | 2/8/11 | | 1 | Colegio de Abogados Press Communication. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.