UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HERBERT W. BROWN III, et al** <br><br> Plaintiffs <br><br> v. <br><br> **COLEGIO DE ABOGADOS DE PUERTO RICO** <br><br> Defendant | CIVIL NO. **06-1645 (JP)** <br><br> APPEAL NO. **10-2492** |

### COLEGIO DE ABOGADOS DE PUERTO RICO'S AMENDED NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant, **COLEGIO DE ABOGADOS DE PUERTO RICO**, and, through its undersigned attorneys, hereby gives notice that it appeals to the United States Court of Appeals for the First Circuit from: 1) the Order entered on November 12, 2010, [Docket 202] in which the District Court, Senior Judge Jaime Pieras, among other things i) found that appearing defendant's property should continue to be held as security; ii) prohibited the alienation and/or encumbering of its real estate property; iii) unilaterally approved Rust Consulting as the company to provide class notice; iv) imposed upon appearing defendant the cost of providing class notice; and v) enjoined appearing defendant from engaging in any direct or indirect contact or communication with class members regarding this litigation or the claims therein until notice

and opt out procedures are completed without prior leave of Court; 2) Order entered on January 12, 2011, [Docket 276] in which the District Court, Chief Judge Jose A. Fuste, ruled that pre-notice opt outs, either filed on the docket or in possession of appearing defendant, would not be considered.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 11th day of February, 2011.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Attorneys for Colegio de Abogados de Puerto Rico

VICENTE & CUEBAS
P.O. Box 11609
San Juan, PR 00910-1609
Phone (787) 751-8000
Fax (787) 756-5250
E-Mail hvicente@vc-law.net
E-Mail ncordova@cordovamorales.com


s/Harold D. Vicente Gonzalez
Harold D. Vicente Gonzalez
USDC-PR 117711


s/Nelson N. Córdova Morales
Nelson N. Córdova Morales
USDC-PR 220111