IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HERBERT W. BROWN III, ET AL**<br><br>    **Plaintiffs**<br><br>    **v.**<br><br>**COLEGIO DE ABOGADOS DE PUERTO RICO**<br><br>    **Defendants** | **Civ. No. 06-1645 (JP)** |

## MOTION FOR LEAVE TO BECOME PART OF THE SUB-CLASS OF COLEGIO MEMBERS

**TO THE HONORABLE COURT:**

Now comes Iván A. Ramos, pro se, USDC-PR 116414 and respectfully states and prays:

1. The undersigned respectfully moves this court for an order to be included as a member of the sub-class proposed in docket #341, and to join in the prayer for relief contained in the Motion for Certification of Sub-Class and for Decertification of the Original Class.

2. The undersigned, appearing pro se, states that I have been an attorney since 1965 and I am currently a voluntary member of the Colegio de Abogados, member 3361.

3. On or about February 7, 2011, I submitted an opt-out form clearly expressing my intention to opt-out from the class.

4. I am aware of the order of this court rejecting pre-notification opt-out forms, I do not know if the opt-out(s) which I have signed has been effective.

5. I do not believe that the current class representative in the originally certified class – who have argued against the effectiveness of the pre-notification opt-out form signed by the undersigned – can adequately represent my interest with respect to this matter.

WHEREFORE, the undersigned respectfully moves for an order from this court to include the undersigned as a member of the sub-class and grant for the relief requested on behalf of the sub-class, as set forth in the docket #341.

In San Juan, Puerto Rico, this 22nd day of February, 2011.

I certify that this motion is being submitted pursuant to the ECF Filing System which automatically notify counsels of record.

                                                    s/Iván A. Ramos  
                                                    Iván A. Ramos, USDC-PR 116414  
                                                    Pro-Se  
                                                    RAMOS & SOLER  
                                                    1156 Magdalena Avenue  
                                                    San Juan, PR  00907  
                                                    Tel. (787) 721-6666  
                                                    Fax (787) 724-5446