IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HERBERT W. BROWN III, ET AL<br><br>    Plaintiffs<br><br>v.<br><br>COLEGIO DE ABOGADOS DE PUERTO RICO<br><br>    Defendants | Civ. No. 06-1645 (JP) |

### Motion to Join Motion Requesting Lifting of All the Orders Prohibiting Communication from the Colegio and for further hearing on the adequacy of the opt out procedures

**TO THE HONORABLE COURT:**

**NOW COME** attorneys and proposed subclass members  José Julián Alvarez-González, Zaidée Acevedo- Vilá, Linda Backiel, Rogelio José Cardona -Cardona, Carmen Diana Irizarry-Resto, María L. Jimenez-Colón, Ana Matanzo-Vicens, Efrén River- Ramos, Wanda Rivera-Ortíz, and Luis Torres-Rodríguez, in representation of the sub-class defined in docket 364, and respectfully state, allege and pray as follows:

1. On this same date movants for certification of a subclass (docket 341) have filed a motion entitled "Motion Request the Lifting of all Orders prohibiting Communications from the Colegio and for further hearing on the adequacy of opt out procedures" ("the Motion" )- docket 377.

2. The appearing proposed subclass members wish to join the allegations and arguments set forth in said Motion asserting due process and first amendments rights as well as the remedies requested therein.

Wherefore, it is respectfully requested that this Court allow appearing movants to join the Motion and that it grant the remedies requested therein.

We hereby Certify that this motion is being filed through the CM/ECF filing system which will notify all counsel of record.

In San Juan Puerto Rico, this 22nd day of February 2011.

>S/ Nora Vargas Acosta
>USCD PR No. 201206
>Nora Vargas Acosta Law Office
>Edif. First Federal Suite 1004
>1056 Munoz Rivera Avenue
>San Juan, P.R. 00927
>Tel./Fax (787) 751-7485
>nvargasacosta @onelinkpr.net